IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JESANIEL MARRERO<br><br>   Plaintiff,<br><br>v.<br><br>MJ MINISTRIES SPREADING THE GOSPEL, INC.<br><br>   Defendant. | CIVIL ACTION NO. 21-5467 |

# ORDER

**AND NOW**, this 12th day of January 2023, upon consideration of Defendant's Motion for Summary Judgment [Doc. No. 13], Plaintiff's Motion to Compel [Doc. No. 21], and Defendant's Motion to Stay Discovery [Doc. No. 23], and all responses thereto, it is hereby **ORDERED** that:

1. Defendant's Motion for Summary Judgment [Doc. No. 13] is **DENIED without prejudice**.

2. Defendant's Motion to Stay Discovery [Doc. No. 23] is **DENIED with prejudice**.

3. Plaintiff's Motion to Compel [Doc. No. 21] is **DISMISSED as moot without prejudice**.

4. Fact discovery shall be completed on or before **March 10, 2023**.

5. Plaintiff's expert reports, if any, shall be served on Defendant on or before **April 10, 2023**.

6. Defendant's responsive reports, if any, shall be completed and served on Plaintiff on or before **May 10, 2023**.

7. All dispositive motions shall be filed on or before **June 12, 2023**. Judge Rufe's Policies and Procedures for Summary Judgment will **not** apply in this case and the parties should instead follow Federal Rule of Civil Procedure 56.

8. No extensions of time will be granted absent good cause.

It is so **ORDERED**.

**BY THE COURT:**

/s/ Cynthia M. Rufe

_____
**CYNTHIA M. RUFE, J.**